MARIA SERRECCHIA, Respondent, v. MILWAUKEE MECHANICS INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant.— Order modified and as modified affirmed, without costs. All concur. (The order grants a motion for a bill of particulars in an action upon a fire insurance policy.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of FRED MARSELLA, Appellant-Respondent, for an Order of Mandamus against FRANCIS SOUHAN, as Mayor, HOWARD W. CARDWELL and Others, as Trustees of the Village of Seneca Falls, All Constituting the Village Board, etc., Respondents-Appellants.— Order made October 5, 1935, affirmed, with costs; appeal from order made September 9, 1935, dismissed as academic in view of the decision on appeal from order of October 5, 1935, without costs. All concur. (The mandamus order made October 5, 1935, directs reinstatement of petitioner as truck driver; the other order denies motion to dismiss the proceeding.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

JOHN PATRICK, as Administrator, etc., of GEORGE PATRICK, Deceased, Respondent, v. ANDREW DONOFRIO and Others, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff for damages for death of plaintiff's intestate in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

ETHEL JACKSON, Appellant, v. GERRY DINGMAN and Others, Respondents.— Order affirmed, with costs. All concur. (The order sets aside a jury verdict in an action for injuries caused by defective stairway.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

JESSICA THARRATT BEST, as Administratrix, etc., of BRINKERHOFF A. THARRATT, Deceased, Plaintiff, v. EFFIE L. PATTEN, Appellant, THE SYRACUSE TRUST COMPANY, WILLIAM E. LEWIS, Defendants, and FIRST NATIONAL BANK AND TRUST COMPANY OF UTICA, NEW YORK, Respondent.— On reargument* order reversed on the law, with costs, and fund ordered paid to the appellant on the authority of *Allerwan Co.* v. *Hermann* (262 N. Y. 625). All concur. (The order directs payment of surplus moneys in a mortgage foreclosure action.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ. [158 Misc. 8.]

* Opinion and decision handed down on March 25, 1936, were not reported by direction of court. (See 247 App. Div. 861; *ante*, p. 674.) — [REP.